EUGENE M. TRAVIS, as Comptroller of the State of New York, Appellant, *v.* AMERICAN CITIES COMPANY et al., Respondents.

*Tax Law — stock transfer tax — when deposit of stock to secure corporate bonds not subject to transfer tax.*

*Travis v. American Cities Co.*, 192 App. Div. 16, affirmed.
(Argued January 26, 1922; decided February 28, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 4, 1920, in favor of defendants upon the submission of a controversy under section 1279

of the Code of Civil Procedure. The controversy involved the right of the comptroller of the state of New York to impose a tax under section 270 of the Tax Law on the deposit by the respondent the United Gas and Electric Corporation of stock of the respondent American Cities Company with the respondent Guaranty Trust Company of New York, to secure an issue of bonds of the respondent the United Gas and Electric Corporation under an indenture dated April 1, 1915, made by the United Gas and Electric Corporation and the Guaranty Trust Company of New York, as trustee.

*Charles D. Newton*, Attorney-General (*Edward G. Griffin* and *C. T. Dawes* of counsel), for appellant.

*Edward K. Hanlon*, *Morton G. Bogue*, *Stephen P. Anderton* and *R. S. Coutant* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.